JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 27 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1629

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Mary Ann Minervino, etc. v. Pfizer, Inc., et al.*, D. Connecticut, C.A. No. 3:04-1230
*Edward Reott, et al. v. Pfizer, Inc.*, W.D. Pennsylvania, C.A. No. 2:05-359
*Ruth Smith, etc. v. Pfizer, Inc., et al.*, M.D. Tennessee, C.A. No. 3:05-444

CONDITIONAL TRANSFER ORDER (CTO-10)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 56 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>JUL 13 2005<br><br>CLERK'S OFFICE<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*Michael J. Beck*<br>Michael J. Beck<br>Clerk of the Panel |

GRIFFIN

# U.S. District Court
## Middle District of Tennessee (Nashville)
### CIVIL DOCKET FOR CASE #: 3:05-cv-00444

Smith v. Pfizer Inc., et al
Assigned to: District Judge Aleta A. Trauger
Demand: $0
Case in other court: Crct Crt Dvdson Cnty, 05C1311
Cause: 28:1441 Notice of Removal- Medical Malpractice

Date Filed: 06/07/2005
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

### Plaintiff

**Ruth Smith**
*Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased*

represented by **Charles F. Barrett**
Barrett Law Office
One Burton Hills Boulevard
Suite 380
Nashville, TN 37203
(615) 386-8391
Email: cfbarrett@barrettlawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Pfizer Inc.**

represented by **Joel T. Galanter**
Stokes, Bartholomew, Evans & Petree
Third National Financial Center
424 Church Street
Suite 2800
Nashville, TN 37219-0058
(615) 259-1450
Email: joel.galanter@arlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Prince C. Chambliss**
Stokes, Bartholomew, Evans & Petree, P.A.
1000 Ridgeway Loop Road
Suite 200
Memphis, TN 38120
(901) 525-6781
*LEAD ATTORNEY*

**Defendant**

**Parke-Davis**
*a division of WArner-Lambert Company and Warner-Lambert Company LLC*

represented by **Joel T. Galanter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Prince C. Chambliss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company**

represented by **Joel T. Galanter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Prince C. Chambliss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company LLC**

represented by **Joel T. Galanter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Prince C. Chambliss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1-10**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2005 | 1 | NOTICE OF REMOVAL w/ att'd exhibit 1 by defts Pfizer Inc., Parke-Davis, Warner-Lambert Company & Warner-Lambert Company LLC from Circuit Court of Davidson County; Case Number: 05C1311; Receipt # 105223; Filing fee paid in the amount of : $250.00. (dlt) (Entered: 06/08/2005) |

| | | |
|---|---|---|
| 06/07/2005 | 2 | CORPORATE DISCLOSURE STATEMENT filed by defts Pfizer Inc., Parke-Davis, Warner-Lambert Co & Warner-Lambert LLC (xc: Mark) (dlt) (Entered: 06/08/2005) |
| 06/07/2005 | 3 | NOTICE of Initial Case Management Conference: Case Management Conference set for 3:30 p.m. on 8/22/05 before Judge Trauger. (xc: all counsel of record) (dlt) Modified on 06/08/2005 (Entered: 06/08/2005) |
| 06/17/2005 | 4 | UNOPPOSED MOTION by defts for enlargement of time to respond to complaint . (dlt) (Entered: 06/17/2005) |
| 07/01/2005 | 5 | ORDER granting [4] Motion for Extension of Time to Answer. Extending time to 8/3/05. Signed by Judge Aleta A. Trauger. (dt, ) (Entered: 07/01/2005) |

### PACER Service Center
#### Transaction Receipt

07/18/2005 14:50:18

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:05-cv-00444 |
| Billable Pages: | 2 | Cost: | 0.16 |