ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By _____
Deputy Clerk

CLOSED, GRIFFIN

**U.S. District Court**
**Middle District of Tennessee (Nashville)**
**CIVIL DOCKET FOR CASE #: 3:05-cv-00444**
**Internal Use Only**

Smith v. Pfizer Inc., et al
Assigned to: District Judge Aleta A. Trauger
Demand: $0
Cause: 28:1441 Notice of Removal- Medical Malpractice

Date Filed: 06/07/2005
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

### Plaintiff

**Ruth Smith**
*Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased*

represented by **Charles F. Barrett**
Barrett Law Office
One Burton Hills Boulevard
Suite 380
Nashville, TN 37203
(615) 386-8391
Email: cfbarrett@barrettlawoffice.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Pfizer Inc.**

represented by **Joel T. Galanter**
Stokes, Bartholomew, Evans & Petree
Third National Financial Center
424 Church Street
Suite 2800

                                Nashville, TN 37219-0058
(615) 259-1450
Email:
joel.galanter@arlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Prince C. Chambliss**
Stokes, Bartholomew, Evans &
Petree, P.A.
1000 Ridgeway Loop Road
Suite 200
Memphis, TN 38120
(901) 525-6781
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**  represented by  **Joel T. Galanter**
*a division of WArner-*  (See above for address)
*Lambert Company and*  *LEAD ATTORNEY*
*Warner-Lambert Company*  *ATTORNEY TO BE NOTICED*
*LLC*

                                **Prince C. Chambliss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert**  represented by  **Joel T. Galanter**
**Company**  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                **Prince C. Chambliss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company LLC**   represented by   **Joel T. Galanter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Prince C. Chambliss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1-10**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2005 | 1 | NOTICE OF REMOVAL w/ att'd exhibit 1 by defts Pfizer Inc., Parke-Davis, Warner-Lambert Company & Warner-Lambert Company LLC from Circuit Court of Davidson County; Case Number: 05C1311; Receipt # 105223; Filing fee paid in the amount of : $250.00. (dlt) (Entered: 06/08/2005) |
| 06/07/2005 | 2 | CORPORATE DISCLOSURE STATEMENT filed by defts Pfizer Inc., Parke-Davis, Warner-Lambert Co & Warner-Lambert LLC (xc: Mark) (dlt) (Entered: 06/08/2005) |
| 06/07/2005 | 3 | NOTICE of Initial Case Management Conference: Case Management Conference set for 3:30 p.m. on 8/22/05 before Judge Trauger. (xc: all counsel of record) (dlt) Modified on 06/08/2005 (Entered: 06/08/2005) |
| 06/17/2005 | 4 | UNOPPOSED MOTION by defts for enlargement of time to respond to complaint . (dlt) (Entered: 06/17/2005) |

| 07/01/2005 | ●5 | ORDER granting [4] Motion for Extension of Time to Answer. Extending time to 8/3/05. Signed by Judge Aleta A. Trauger. (dt, ) (Entered: 07/01/2005) |
|---|---|---|
| 07/21/2005 | ●6 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER rec'd from the USDC for the District of Massachusetts transferring case for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407. (w/ att'd letter from Clerk, District of MA, requesting we forward the original case file, a certified copy of the docket sheet, and a copy of the conditional transfer order)(proposed closing order prepared & forwarded to Judge Trauger for her consideration) (aef, ) (Entered: 07/25/2005) |
| 07/25/2005 | ●7 | ORDER DISMISSING CASE: Clerk of Court is directed to administratively close the case on the records of this Court and transmit the original record and a certified copy of the docket sheet to the USDC for the District of Massachusetts. Signed by Judge Aleta A. Trauger on 7/25/05. (dt) (Entered: 07/26/2005) |

**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JUL 2 1 2005

BY_____
DEPUTY CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 27 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1629**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*Mary Ann Minervino, etc. v. Pfizer, Inc., et al.*, D. Connecticut, C.A. No. 3:04-1230
*Edward Reott, et al. v. Pfizer, Inc.*, W.D. Pennsylvania, C.A. No. 2:05-359
*Ruth Smith, etc. v. Pfizer, Inc., et al.*, M.D. Tennessee, C.A. No. 3:05-444

**CONDITIONAL TRANSFER ORDER (CTO-10)**

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 56 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel



**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

July 18, 2005

Mr. Keith Throckmorton, Clerk
United States District Court
801 Broadway
Nashville, TN 37203-3816

IN RE: MDL DOCKET No. 1629  In Re: Neurontin Marketing and Sales Practices
USDC - Massachusetts Lead Case No. 1:04CV10739-PBS
Your Case: Civil Action No: 3:05-444 Ruth Smith, et al v. Pfizer, Inc. et al
District of MA No: 1:05-cv-11515 PBS

Dear Mr. Throckmorton:

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:   Michael Beck, Clerk of the Panel
                       Counsel of Record
                       Robert Alba
                       Christine Patch